# RECORD OF MAGISTRATE'S PROCEEDINGS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # 20-1204 |
| vs | DATE OF COMPLAINT 6/5/2020 |
| BRIAN JORDAN BARTLES | CRIMINAL DOCKET NUMBER |
|  | DATE OF INDICTMENT |
| DATE ARRESTED: | STATUTE: 18:2 F  /  18:231.F |

## INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN  [ ] MITCHELL  [ ] EDDY | [ ] KELLY  [ ] BAXTER  [ ] PESTO | Date: 6/8/2020   Time: 11:45 AM | Cassette Tape # ___   Tape Index: ___ |
|---|---|---|---|---|

U. S. ATTORNEY: SHAUN SWEENEY

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   - [X] Read   [X] Summarized   [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [X] Read   [X] Summarized   [ ] Reading waived

4. **COUNSEL**
   - [X] Defendant requested appointment   [ ] Defendant waived appointment
   - [X] Defendant represented by: JOSEPH OTTE
   - [X] Defendant has retained: JOSEPH OTTE
   - [X] Affidavit executed.
   - [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney ___ appointed

5. **BAIL**
   - [ ] Recommended Bond: ___
   - [X] Bond Set at: $10,000 Unsecured
   - [X] By Consent   [X] Additional Conditions Imposed: And outlined in the Order Setting Conditions of Release.
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued   [ ] Final Commitment issued
   - [ ] Bond Review Hearing Set For: ___
   - [ ] Detention Hearing Set For: ___

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - [ ] Preliminary Exam/~~Rule 40/Arraignment~~ set for: 6/11/2020 at 10 AM   Before Magistrate LISA LENIHAN

ADDITIONAL COMMENTS: The Defendant agreed to participate in this hearing via video conference.