1541

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-116 |
| | ) (18 U.S.C. §§ 2 and 231(a)(3)) |
| BRIAN JORDAN BARTELS | ) |

**FILED**

JUN - 9 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, BRIAN JORDAN BARTELS, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, BRIAN JORDAN BARTELS, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully cause damage to a police officer's marked police vehicle by painting, hitting, kicking and stomping on various parts of that vehicle, and by inciting at least three other persons to engage in similar conduct to destroy that vehicle, which conduct resulted in the burning and complete destruction of that vehicle, and the obstruction, impediment and interference of a law enforcement officer engaged in the lawful performance of his official duties.

In violation of Title 18, United States Code, Sections 2 and 231(a)(3).

A True Bill,

_Christina L. Goff_
Foreperson

_Scott B_
SCOTT W. BRADY
United States Attorney
PA ID No. 88352