IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )   Criminal No.  $2\theta$ -$116$
)
BRIAN JORDAN BARTELS )

ARRAIGNMENT PLEA

Defendant BRIAN JORDAN BARTELS

being arraigned, pleads _Not guilty_

in open Court this _16th_ day of

_June_ , 2020

_____
(Defendant's Signature)

_____
(Attorney for Defendant)