IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 20-116 |
| ) | |
| BRIAN BARTELS, ) | |
| ) | |
| Defendant. ) | |

## CHANGE OF PLEA

Defendant, BRIAN BARTELS, changes his plea and now enters a plea of guilty as to Count 1 in open court this 22nd day of September, 2020.

_____
Defendant's Signature

_____
Attorney for Defendant