November 30, 2020

To Whom It May Concern:

I want to tell you about the Brian Bartels I knew when he was a junior and in my creative writing class.

Brian was one of my best students. He was bright, creative, positive, and got along well with students and staff. He always made me smile. He added to the class discussion in a polite and respectful way.

He had a kind heart. Once during class, I mentioned that I particularly liked a seasonable onion jam where he worked at Trader Joe's. I thought nothing of it, but Brian brought me 9 jars of that onion jam!

He received an A in my class, and when the year was over, he wrote me a heartfelt note about how much he learned and appreciated the class.

This is the Brian I know. In youth, we sometimes make serious mistakes. It is my hope that he learns from these mistakes and becomes the Brian he can be and should be.

Sincerely,

*Ruth Butler*

Mrs. Ruth Butler