December 15, 2020



To Whom It May Concern:

I have known Brian Bartels and his family since approximately 2009. Brian's family was one of the first families we met after relocating to Davenport, FL. They were so welcoming to us and inclusive when we didn't know anyone else.

Brian, in particular, was such a nice young man. He went out of his way to include my son in activities with other kids. Brian invited us to his birthday parties and made sure my son felt welcome. Brian has always been a kind and polite person. He would always interact with adults, as well as kids his age. He has always been respectful to me, as a parent and person.

I consider the Bartels family to be lifelong friends. Even though we have moved away from each other, I still keep in touch with his family. I know Brian to be a passionate and considerate person, who will learn from this experience and use this lesson to improve and grow.

Sincerely,

Donita Hammond