November 10, 2020

To Whom It May Concern:

My name is Johna Brill. I am 71 years old, a nurse, and work full time. I am the mother of Flannery Brill Bartels who is married to Jared Bartels. Jared and Flannery are Brian Bartels' uncle and aunt.

I have known Brian since he was a small boy. He has always been polite and well mannered. He is a good brother.

He is an excellent cousin to two small boys and plays with them despite an over twelve year age difference.

He is a good son and jokes with his parents. He helped his mother with photography at my daughter Blythe's wedding.

Brian is musically talented. At his grandfather's funeral dinner he played "Sweet Caroline." He said that his grandfather took his grandmother on a date to a concert where this song was played. This was incredibly thoughtful.

Thank you.

Sincerely,

*Johna Brill*

Johna Brill