September 15, 2020

To whom it may concern:

I have known Brian Bartels for about six years. I met Brian, his brother Brayden, and his mom Shannon, at our local homeschool cooperative, which met every Wednesday for two sessions per year. I became friends with Shannon right away; we had the same parent jobs sometimes and later co-taught a class. Brayden was my son's age and the two had a few classes together. So I saw Brian a lot, and even sometimes gave the boys rides home from the cooperative when Shannon was out of town for work.

Brian was always kind and respectful towards adults and his peers. He always had a smile on his face and was calm and soft-spoken. When he decided to become a vegetarian, we had lots of conversations about that as I've been a vegetarian for 25 years. We had a shared interest in animal welfare and environmental issues. Later, when my son began attending public school and we were no longer part of the homeschool cooperative, I would see Brian working at Trader Joe's and we always spent a few minutes catching up.

I am, of course, aware of the situation involving Brian that happened in the city of Pittsburgh in June of this year. With tensions running high about a lot of issues in our country right now, it is understandable to me that kind people do things they otherwise would not.

Sincerely,

*Amy Wilks*

Amy Wilks