December 21, 2020

Your honor,

I am writing this letter on behalf of Brian Bartels. My name is Thomas Oleson, and live in Evansdale, Iowa. I am a retired buyer in the wholesale building materials business and have known Brian all his life! My wife and I were at the hospital the night he was born!

I have always known Brian as a bright, enthusiastic person who is passionate for many things! I was a guitarist and group leader for a church contemporary music group for many years and shared Brian's love of music. After his family moved to the Pittsburg area, Brian would always connect with me so we could play guitar together whenever he came back to Iowa! He had developed into an amazing musician not only playing the guitar but would compose and perform some of his own music! I always enjoyed the time we would spend together! I regret that I've never been able to hear him perform with the various groups he has played with! My grandson in North Liberty, Iowa is 14 years old and he takes guitar lessons from Brian over the internet each week. My grandson Tyler has learned a lot from his weekly lessons from Brian!

Brian has always been passionate about the planet and is a committed vegetarian. I personally could never give up eating meat but to see someone as young and committed to a lifestyle as Brian shows that he is willing to stick by his principles! I have always admired the dedication and strength that Brian shows in his life!

I know very little about the details which prompt me writing this letter about Brian. I do know that Brian is a good person with a lot of kindness and compassion! Brian has always been willing to help others and has been considerate and caring towards others! I hope you look at who Brian is as much as to what he may have done pursuing that passion he is filled with! Our world needs young people who are committed to changing the things they consider important! Hopefully a misguided act at this time in his life will not define the things that come to follow! We all need to be able to learn from our mistakes and I am sure that Brian can turn this experience into a positive, learning lesson. He has always been an individual that I would be proud to support and encourage!

Sincerely,

*Thomas M. Oleson*

Thomas M. Oleson