Dec. 16, 2020

To Whom It May Concern:

I am writing this letter in honor of Brian Bartels. My family and I have known Brian Bartels for 12 years. We attended the same church in Davenport, Florida and my children attended the same homeschool group with Brian and his younger brother. Our families were close.

Brian is a very intelligent, kind, thoughtful, generous young man. I have watched him grow and develop his love for music. Brian has always been the type of kid that would do anything for anybody. A few years ago, he was performing in Orlando with his band and invited us to come out to watch the show. We gladly accepted the invitation and was so impressed on how he interacted with the guests he knew but even more importantly the guests he did not know.

Brian has worked hard in his studies and I believe has learned a huge life lesson that he will be able to use his experiences to help others in need.

Barbara Gross
